1 | HARJIT BHAMBRA
    LAKHBIT BHAMBRA
2 | 2565 Buna Street, Suite #13
3 | Oakland, California 94607
    Telephone: 510.485.1963
4 | Telefax: 510.465.4240
    Email: harjitbhambra@sbcglobal.net
5 |
    Plaintiffs in Pro Per
6 |
7 | JOHN A. RUSSO, City Attorney, SBN 129729
    RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
8 | WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
    JANNIE L. WONG, Deputy City Atty., SBN 130029
9 | KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
    One Frank H. Ogawa Plaza, 6th Floor
10 | Oakland, California 94612
     Telephone: (510) 238-3589
11 | Fax: (510) 238-6500
12 | Email: kawestmore@oaklandcityattorney.org

13 | Attorneys for Defendants
     CITY OF OAKLAND, RONALD DELLUMS, WAYNE TUCKER,
14 | OFFICE OF THE CITY ATTORNEY, JOHN RUSSO, MARK MORODOMI,
     SUSAN MOSK, WILLIAM NOLAND, FRANCINE LARKFIRTH-THOMPSON, IRA
15 | CHRISTIAN, KENNETH RAYFORD and RONALD ABERNATHY

16 |
17 | RICHARD T. WHITE #58622
     MARK A. DELGADO #215618
     MADELEINE LOH #233388
18 | FITZGERALD ABBOTT & BEARDSLEY LLP
     1221 Broadway, 21st Floor
19 | Oakland, California 94612
     Telephone: (510) 451-3300
20 | Facsimile: (510) 451-1527
     Email: rwhite@fablaw.com
21 |        mdelgado@fablaw.com

22 | Attorneys for Defendants
     CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS
23 | BOARD OF PORT COMMISSIONERS; DARLENE AYERS-JOHNSON; OMAR
     BENJAMIN; ROBERT CATHEY; CHRIS PETERSON; DAVID ALEXANDER;
24 | MARSHA PETERSON; MARY RICHARDSON and RICHARD TAYLOR

25 | UNITED STATES DISTRICT COURT

26 | NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

27 | HARJIT BHAMBRA, LAKHBIR BHAMBRA, | Case No.: C08-05326-CRB
28 |                                   | **STIPULATION AND ORDER TO**

---

1

STIP. TO EXTEND TIME TO SUBMIT REPLY BRIEFS / CASE NO.: C08-05326-CRB
3/4/09 (25763) #323789.1

| | | |
|---|---|---|
| 1 | Plaintiffs, | **EXTEND TIME FOR CITY DEFENDANTS TO SUBMIT REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS AND MOTION TO STRIKE AND FOR PORT DEFENDANTS TO SUBMIT REPLY BRIEFS IN SUPPORT OF MOTION TO DISMISS, RULE 11 MOTION, AND MOTION TO STRIKE** |
| 2 | vs. | |
| 3 | PORT OF OAKLAND; DARLENE AYERS-JOHNSON, PRESIDENT, PORT OF OAKLAND COMMISSION, Officially and individually; OMAR BENJAMIN; EXECUTIVE DIRECTOR, Officially and individually; ROBERT CATHEY; WHARFINGER, Officially and individually; CHRIS PETERSON; CHIEF WARFINGER, Officially and individually; OFFICE OF PORT OF OAKLAND ATTORNEY; DAVID ALEXANDER; PORT OF OAKLAND ATTORNEY, Officially and individually; MARSHA PETERSON; PORT OF OAKLAND ATTORNEY, Officially and individually; MARY RICHARDSON, PORT OF OAKLAND ATTORNEY, Officially and individually; RICHARD TAYLOR, WHARFINGER, Officially and individually; CITY OF OAKLAND, a Municipal Corporation; RONALD DELLUMS, MAYOR, CITY OF OAKLAND, Officially and individually; WAYNE TUCKER; CHIEF OF POLICE, CITY OF OAKLAND, Officially and individually;OFFICE OF THE CITY ATTORNEY, CITY OF OAKLAND; JOHN A. RUSSO, ATTORNEY, CITY OF OAKLAND, Officially and individually; MARK MORODOMI, ATTORNEY, CITY OF OAKLAND, Officially and individually; SUSAN MOSK, ATTORNEY, CITY OF OAKLAND, Officially and individually; WILLIAM NOLAND, DIRECTOR, FINANCE AND MANAGEMENT, CITY OF OAKLAND, Officially and individually; FRANCINE LARKFIRTH-THOMPSON, MANAGER, PARKING ENFORCEMENT DIVISION, CITY OF OAKLAND, Officially and individually; IRA CHRISTIAN, SUPERVISOR, PARKING ENFORCEMENT DIVISION, CITY OF OAKLAND, Officially and individually; KENNETH RAYFORD, SUPERVISOR II, PARKING ENFORCEMENT DIVISION, CITY OF OAKLAND, Officially and individually; RONALD ABERNATHY SUPERVISOR II, PARKING ENFORCEMENT DIVISION, CITY OF OAKLAND, Officially and individually; AMPCO SYSTEM PARKING; a California Corporation; RICHARD KINDORF, PRESIDENT, AMPCO SYSTEM PARKING, Officially and individually; ALFRED WEILAND, MANAGER, AMPCO | |

2
STIP. TO EXTEND TIME TO SUBMIT REPLY BRIEFS / CASE NO.: C08-05326-CRB
3/4/09 (25763) #323789.1

1  SYSTEM PARKING, Officially and individually; LOUIS VELA, GENERAL
2  MANAGER, AMPCO SYSTEM PARKING, Officially and individually; and JOHN and
3  JANE DOES 1 Through 25,

4      Defendants.

5

6      Pursuant to Civil Local Rules 6-1(b) and 6-2(a), it is hereby stipulated and agreed by and
7  between the Plaintiffs in Pro Per and the undersigned attorneys of record for Defendants City of
8  Oakland, a Municipal Corporation Acting By and Through Its Board of Port Commissioners
9  (including the Port of Oakland and the Office of Port of Oakland Attorney), Omar Benjamin,
10 Robert Cathey, Chris Peterson, David Alexander, Marsha Peterson, Mary Richardson, and
11 Richard Taylor (collectively, the "Port Defendants") and Defendants City Of Oakland, Ronald
12 Dellums, Wayne Tucker, Office of the City Attorney, John Russo, Mark Morodomi, Susan
13 Mosk, William Noland, Francine Larkfirth-Thompson, Ira Christian, Kenneth Rayford, and
14 Ronald Abernathy (collectively, the "City Defendants") that the City Defendants shall be
15 granted an extension of time up to and including March 10, 2009 in which to file their Reply
16 Briefs in Support of the Motion to Strike Portions of the Complaint and the Motion to Dismiss
17 the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and that the Port Defendants
18 shall be granted an extension of time up to and including March 10, 2009 in which to file their
19 Reply Briefs in Support of the Motion to Strike Portions of the Complaint, the Motion to
20 Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), and
21 the Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1 | The parties agree that all Reply Briefs by the Port and City Defendants, previously due
2 | on March 6, 2009, should now be served and filed no later than March 10, 2009.
3 | Dated: MARCH 4, 09

Harjit Bhambra
Plaintiff in Pro Per

5 | Dated: March 4, 2009

Lakhbir Bhambra
Plaintiff in Pro Per

8 | Dated: _____

OAKLAND CITY ATTORNEY'S OFFICE

By _____
Jannie L. Wong
Attorneys for Defendants
CITY OF OAKLAND, RONALD DELLUMS, WAYNE TUCKER, OFFICE OF THE CITY ATTORNEY, JOHN RUSSO, MARK MORODOMI, SUSAN MOSK, WILLIAM NOLAND, and KENNETH RAYFORD

15 | Dated: March 4, 2009

FITZGERALD ABBOTT & BEARDSLEY LLP

By _____
Mark A. Delgado
Attorneys for Defendants
CITY OF OAKLAND, A MUNICIPAL CORPORATION, ACTING BY AND THROUGH ITS BOARD OF PORT COMMISSIONERS; OMAR BENJAMIN; ROBERT CATHEY; CHRIS PETERSON; DAVID ALEXANDER; MARSHA PETERSON; and RICHARD TAYLOR

1  The parties agree that all Reply Briefs by the Port and City Defendants, previously due
2  on March 6, 2009, should now be served and filed no later than March 10, 2009.
3  Dated:

4                                          Hariit Bhambra
                                            Plaintiff in Pro Per

5  Dated:

6                                          Lakhbir Bhambra
                                            Plaintiff in Pro Per
7

8  Dated: 3/7/09

                                            OAKLAND CITY ATTORNEY'S OFFICE
9
                                            By _____
10                                             Jannie L. Wong
                                               Attorneys for Defendants
11                                             CITY OF OAKLAND, RONALD DELLUMS,
                                               WAYNE TUCKER, OFFICE OF THE CITY
12                                             ATTORNEY, JOHN RUSSO, MARK
                                               MORODOMI, SUSAN MOSK, WILLIAM
13                                             NOLAND, and KENNETH RAYFORD
14

15 Dated: _____            FITZGERALD ABBOTT & BEARDSLEY LLP
16
                                       By
17                                        Mark A. Delgado
                                          Attorneys for Defendants
18                                        CITY OF OAKLAND, A MUNICIPAL
                                          CORPORATION, ACTING BY AND
19                                        THROUGH ITS BOARD OF PORT
                                          COMMISSIONERS; OMAR BENJAMIN;
20                                        ROBERT CATHEY; CHRIS PETERSON;
                                          DAVID ALEXANDER; MARSHA
21                                        PETERSON; and RICHARD TAYLOR

## ORDER

Having considered the parties' joint stipulation for an extension of time for the City Defendants to serve and file their Reply Briefs in Support of the Motion to Strike Portions of the Complaint and the Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) and for the Port Defendants to serve and file their Reply Briefs in Support of the Motion to Strike Portions of the Complaint, the Motion to Dismiss the Complaint pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1), and the Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11,

IT IS HEREBY ORDERED that the City Defendants shall have up to and including March 10, 2009 to serve and file: (1) Reply Brief in Support of Motion to Dismiss; and (2) Reply Brief in Support of Motion to Strike.

IT IS ALSO HEREBY ORDERED that the Port Defendants shall have up to and including March 10, 2009 to serve and file: (1) Reply Brief in Support of Motion to Dismiss; (2) Reply Brief in Support of Motion to Strike; and (3) Reply Brief in Support of Motion for Sanctions Pursuant to Federal Rule of Civil Procedure 11.

Dated: March 6, 2009



United States District Judge
IT IS SO ORDERED
Judge Charles R. Breyer