United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARJIT BHAMBRA, LAKHBIR BHAMBRA, <br><br> Plaintiffs, <br><br> v. <br><br> PORT OF OAKLAND, CITY OF OAKLAND, AMPCO SYSTEM PARKING, et al., <br><br> Defendants. | No. C 08-05326 CRB <br><br> **ORDER** |

On March 19, 2009, Plaintiffs filed a Motion for Leave to Amend their complaint along with a First Amended Complaint ("FAC"). See Dkt. #183. In subsequently issuing an order granting the City of Oakland and Port of Oakland's Motions to Dismiss, the Court explained that it had considered the FAC and held that the FAC did not cure the deficiencies in Plaintiffs' RICO claim. See Dkt. #179.

The Defendants associated with Ampco System Parking are still party to the suit, so on April 7, 2009, the Court granted Plaintiffs' Motion for Leave to Amend. See Dkt. #192. Thereafter, the Court's Clerk entered the FAC into the docket. The Court acknowledges that the Clerk committed a ministerial error in backdating the FAC to the date it was filed. See Dkt. #193. The Court regrets this error, and hereby orders that the docket be readjusted, so that the FAC is properly docketed as of the date the Court granted Leave to Amend, on April 7, 2009.

1   The Court maintains that dismissal of the City and Port Defendants was proper, as
2   Plaintiffs failed to state a claim under RICO, under both the original and amended complaint.
3   The Defendants associated with Ampco System Parking have also filed a Motion to Dismiss,
4   which is set to be heard on May 29, 2009 and addresses the FAC.

5   **IT IS SO ORDERED.**

8   Dated: April 15, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE